UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STEVE R. BECK | ) | CASE NO. 12-10213(1)(13) |
| MARGA BECK | ) | |
| Debtor(s) | ) | |
| | ) | |

### ORDER FOR EVIDENTIARY HEARING

The above Chapter 13 case comes before the Court on the Debtors' motion for the Court to alter or amend its Memorandum-Opinion and Order denying the Debtors' motions to strip off the junior liens of First Federal Savings Bank. The Court having considered said motion, and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Debtors' motion for the Court to reconsider its Memorandum-Opinion and Order be, and hereby is, **GRANTED** and that the Memorandum-Opinion and Order entered May 24, 2012 be, and hereby is, **VACATED**.

IT IS FURTHER ORDERED:

(A)  That the above-styled action is scheduled for an Evidentiary Hearing on **August 22, 2012 at 10:00 A.M. (Central Time) at the Warren County Justice Center, Circuit Court Room "B", 4th Floor, 1001 Center Street, Bowling Green, Kentucky** at which time the Court will take evidence as to the value of the property.

(B)  That all time periods referred to herein shall be computed in accordance with Bankruptcy Rule 9006.

(C)  That fourteen (14) days before the evidentiary hearing parties shall serve upon all parties and the Court:

(1)  A List of Witnesses to be called at the hearing,

(2)  A list of Exhibits that complies with the requirements of the Clerk's Office Administrative Manual. The parties shall also produce for inspection by opposing parties, all Exhibits that are to be placed into evidence at the hearing.

(D) That at least fourteen (14) days before the evidentiary hearing the parties shall file with the Court and provide a copy to all other parties a Memorandum of Law which sets forth (a) the issues in question, (b) a brief summary of what the evidence will tend to prove and (c) any case authorities or statutes in support of the parties, respective position.

(E) That at least seven (7) days before the hearing the parties shall electronically file with the Court and provide a copy to all other parties:

    (1) The original of each Document and/or written Exhibit shall be filed with the Court electronically, **IN ADDITION TO FILING THE EXHIBITS ELECTRONICALLY, COUNSEL SHALL PROVIDE THE COURT WITH THREE (3) PAPER COPIES OF SAID DOCUMENT AND/OR WRITTEN EXHIBITS that have been identified as Plaintiff and/or Defendant's Exhibits**, and

    (2) Written Objections to the authenticity and/or admissibility of the Exhibit. Failure to make such objections shall result in the Exhibit being deemed admitted.

IT IS FINALLY ORDERED that a party who without substantial justification fails to disclose information as required shall not be permitted to use such evidence, witness (es) or information at hearing unless such failure to disclose is harmless. Furthermore, failure to comply with this Order may result in dismissal of the case and/or other appropriate sanctions. . **THE PARTIES SHALL ADVISE THE COURT BY NO LATER THAN 3:00 P.M. (EASTERN TIME) THE DAY BEFORE THE SCHEDULED TRIAL IF THE PARTIES HAVE REACHED AN AGREEMENT. UPON FAILURE TO COMPLY, COUNSEL FOR THE PARTIES MAY BE SANCTIONED IN AN AMOUNT TO BE DETERMINED BY THE COURT WHICH WILL BE PAID INTO THE COURT'S LIBRARY FUND IN ADDITION TO ANY COURT REPORTER'S FEE, IF APPLICABLE.**

bcr

                                                  Joan A. Lloyd
                                                  United States Bankruptcy Judge
                                                  Dated:  June 6, 2012